COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

EMILY LIVINGSTON SCOWN AND      No. 08-16-00301-CV
BARBARA SCOWN,      §

     Appeal from

Appellants,      §

     394th District Court

v.      §

     of Brewster County, Texas

THE CITY OF ALPINE, TEXAS,      §

     (TC # 2015-03-B0705-CV)

Appellee.      §

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. Finding that Appellants, Emily Livingston Scown and Barbara Scown, have failed to file their brief or a motion for extension of time to file the brief, we dismiss the appeal for want of prosecution.

The Clerk of the Court notified Appellants that their brief was past due and no motion for extension of time had been filed. The letter advised Appellants that the Court intended to dismiss the appeal for want of prosecution unless Appellants responded within ten days and showed grounds for continuing the appeal. *See* TEX.R.APP.P. 38.8(a)(1). Appellants have not filed the brief or an extension motion, and they have not filed any response to the Court's inquiry. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX.R.APP.P. 38.8(a)(1), 42.3(b), (c).

March 14, 2017

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.